IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LORRI L. BRIGGS, et al, <br> Plaintiff, <br><br> v. <br><br> SUBARU OF AMERICA INC., <br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 1:20-cv-67 <br><br> Richard A. Lanzillo <br> United States Magistrate Judge <br><br> ORDER ON PLAINTIFFS' MOTION <br> FOR RECONSIDERATION <br> ECF NO. 30 |

The Court previously denied the Plaintiffs' Motion to Disqualify the undersigned. *See* ECF No. 26. Plaintiff has now asked for reconsideration of that order. ECF No. 30. Counsel for the Plaintiff has disavowed any allegation that the undersigned has any actual bias or conflict of interest that would warrant recusal in this matter. However, counsel maintains that the outdated corporate record previously on file with the Pennsylvania Department of State, which listed the undersigned as an officer of defense counsel's law firm during the pendency of this action, although erroneous, creates an appearance of impropriety.

Upon further consideration, the Plaintiff's Motion for Reconsideration is GRANTED. Out of an abundance of caution, the undersigned recuses from further proceedings in this matter. This case will be returned to the Clerk of Court for re-assignment to another United States Magistrate Judge.

So ordered this 8th day of October, 2020.

_____
RICHARD A. LANZILLO
United States Magistrate Judge